UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

MARY ANTHONY in her individual
capacity and THOMAS D. HURWITZ,
as Trustee for the Estate of Jane
Dudley,

Plaintiffs,

vs.

RICK SCHUSSEL, in his personal
and corporate capacities, and THE
NEW DANCE GROUP STUDIO, INC.,
a/k/a THE NEW DANCE GROUP ART
CENTER,

Defendants.

---

**07 CIV 6116**

07 Civ. _____ (   )
COMPLAINT FOR COPYRIGHT
INFRINGEMENT

**JUDGE CHIN**

Plaintiffs hereby allege on personal knowledge as to
allegations concerning themselves, and on information and belief
as to all other allegations, as follows:

## NATURE OF THE ACTION

1.    This is an action for a declaration of ownership
of the choreographic works of Mary Anthony and Jane Dudley for
injunctive relief, along with damages for willful copyright
infringement.  Plaintiffs are the copyright owners of a number
of choreographed works created either by his mother, in the case
of Thomas Hurwitz, or in her individual capacity, in the case of
Mary Anthony.  Evidence of Plaintiffs' ownership is clear,

ranging from valid copyright registrations constituting prima
facie evidence of ownership, to a variety of unambiguous facts
and circumstances leaving no room for any competing claim of
ownership.

    2.    The value of these choreographic works in terms
of their historical legacy and contemporary relevance is
maintained by ensuring that any and all public performances
comply with the artistic standards established by the original
choreographers themselves and maintained by the copyright
owners. Unlicensed performances of these works, therefore, can
undermine the very artistic integrity that the copyright owners
have and seek to preserve.

    3.    Among the facts that demonstrate that the works
are owned by Plaintiffs are that:

    (a)    neither of the two choreographers was ever paid
as a choreographer, and neither was ever paid to create
choreography for The New Dance Group Studio, Inc., a/k/a The New
Dance Group Art Center (collectively, the "New Dance Group")
either during the period when these works were created or at any
other time. Instead, Plaintiffs' affiliation with the New Dance
Group was limited to the position of teacher or member of the
Board of Directors;

    (b)    a member of the Board of Directors of the New
Dance Group from the 1940s-1980s asserts that throughout her

tenure, and certainly prior to when Rick Schussel joined the
Board, no dances, and in particular, none of the dances that is
the subject of the Complaint, were among the assets of the New
Dance Group;

     (c)  a variety of evidence indicates that two
particular dances that have been the subject of unlicensed
rehearsals and threatened performance by the New Dance Group,
Harmonica Breakdown and Time is Money, were created and/or
premiered outside of the New Dance Group; and

     (d)  there is no evidence that the New Dance Group had
the right to assign to Plaintiffs the task of choreography as
part of their regular duties, or to supervise or control them in
the creation of choreography.

     4.  Despite the breadth of factual evidence
supporting Plaintiffs' ownership claims, Defendants Rick
Schussel and the New Dance Group performed Harmonica Breakdown
on May 11, 2007, and willfully disregarded the owner's interest
in this dance.  Defendants' intention to continue infringing
Plaintiffs' works became clear on May 23, 2007, when Plaintiffs
learned that Defendants were actively rehearsing and intended to
perform publicly two of Plaintiffs' works, Harmonica Breakdown
and Time is Money, on June 22 and 24, 2007.

     5.  Less than thirty-six hours before the June 22,
2007 scheduled performance, Defendants finally agreed to cancel

the infringing productions.  However, despite the clarity of the
evidence that substantiates Plaintiffs' ownership claims,
Defendants persist in their claims of ownership, including their
purported right to perform the dances that are the subject of
this Complaint. Accordingly, Plaintiffs have no alternative but
to institute this action.

### JURISDICTION AND VENUE

6.    This is a civil action seeking permanent
injunctive relief, declaratory relief, and statutory damages for
willful copyright infringement under the Copyright Act, 17
U.S.C. § 101 et seq. and 28 U.S.C. § 2201.

7.    The Court has original subject matter
jurisdiction over the Copyright Act claims and declaratory
relief pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.    The Court has personal jurisdiction over the
Defendants because each resides and/or may be found in New York,
is a citizen of the United States, and a citizen of the State of
New York, does systematic and continuous business in New York,
and has performed acts directed at causing harm in New York that
give rise to this Complaint.

9.    Venue is proper in this District pursuant to 28
U.S.C. § 1391(b)-(c) and 28 U.S.C. § 1400(a).

## THE PLAINTIFFS AND THEIR ARTISTIC WORK

10.   Mary Anthony is a noted choreographer and dance teacher.  Ms. Anthony was formerly affiliated with the Hanya Holm Company and currently heads the Mary Anthony Dance Studio, which was founded in 1954.  Her works, such as The Devil in Massachusetts and Lady Macbeth, are treasured contributions to modern dance.  Ms. Anthony is a citizen of the United States and a citizen and domiciliary of New York.

11.   Thomas D. Hurwitz is the son of Jane Dudley and trustee for her Estate, which left her choreographic works, such as Harmonica Breakdown and Time is Money, to her grandchildren Nicholas D. Hurwitz (age 17), Anya R. Hurwitz (age 30), and Mekea H. Fishlin (age 32) - each of whom is not only a child of Mr. Hurwitz, but also agrees with the filing of this lawsuit against Defendants.  Ms. Dudley was trained by Hanya Holm, and after appearing at the Bennington Summer School of the Dance in a Martha Graham production, she was invited to join the Martha Graham Company.  After forming the Dudley-Maslow-Bales Trio with Sophie Maslow and William Bales, she toured the dance circuit throughout the 1930s and 1940s.  Mr. Hurwitz is a citizen of the United States and a citizen and domiciliary of New York.

12.   Ms. Dudley trained specific dancers, namely Sheron Wray and Nancy Colahan, to perform different works, including Time is Money and Harmonica Breakdown, and to teach

other dancers how to perform the works in order to maintain each work's artistic integrity after her death.  Ms. Anthony supervises the staging of her own works.

        13.  Each Plaintiff is a copyright owner of one or more of the works that form the basis for the present action.

        (a)  Mr. Hurwitz is trustee for the Estate of Jane Dudley, which included her choreographic work.  Ms. Dudley's dances, Time is Money and Harmonica Breakdown, were registered with the United States Copyright Office and certificates have been duly issued.  Time is Money, which was created in 1934 and premiered at the Workers Dance League Revolutionary Solo Dances, presented by the League of Workers Theaters, is registered under PAu3-067-715, and Harmonica Breakdown, which was created and premiered in 1938 at Bennington Summer School of the Dance, is registered under PAu3-067-716. None of these works has ever been published.  Copies of the certificates of registration for Time is Money and Harmonica Break are attached hereto as Exhibits A and B, respectively.

        (b)  Ms. Anthony  - as the choreographer of Lady Macbeth, which was created in 1948 and premiered at the 92nd Street YMHA, and the original claimant - had a copyright issued in her name by the United States Copyright Office.  A certificate was issued in due course under registration number PAu3-067-717.  This work was never published.  A copy of the

certificate of registration for Lady Macbeth is attached hereto
as Exhibit C.

14.  At various points in time, each choreographer
served as a part-time teacher at the school run by the New Dance
Group.  Beginning in 1936, Jane Dudley also served as President
of the Board of Directors of the New Dance Group and left the
Board in or about 1965.

15.  Mary Anthony began teaching part-time at the New
Dance Group in or about 1940 and ceased teaching in or about
1952.

16.  At no time during the creation of these dances or
at any other time were Mses. Anthony or Dudley employed to
choreograph dances as part of their regular duties, nor were
they commissioned to choreograph dances.  In fact, during the
relevant period, when the dances at issue were created, the New
Dance Group maintained only a skeletal staff of salaried
employees, consisting primarily of secretarial help.
Productions of the works choreographed by Mses. Anthony and
Dudley were paid for largely out of their own pockets, including
the costs of set design and costumes.

17.  Prior to Mr. Schussel's involvement with the
Board of the New Dance Group, none of these dances was ever
carried as, or considered to be, assets of the New Dance Group.

18.  Plaintiffs' possession of certificates of
copyright registration for each dance that forms the basis of
this complaint constitutes prima facie evidence of their
ownership of the works.  17 U.S.C. § 410(c).

### THE DEFENDANTS

19.  Defendant Rick Schussel is the Artistic Director
of the New Dance Group, a position he has held since the early
to mid-1980s.  He is a citizen of the United States and a
citizen and domiciliary of New York.

20.  Defendant The New Dance Group Studio, Inc. is a
New York corporation with its principal place of business in New
York and is engaged in the teaching and staging of modern dance.
It is also known as The New Dance Group Art Center.

21.  At all times relevant to this action, Defendant
Rick Schussel participated in and caused the New Dance Group to
participate in the acts complained of herein.  For example, he
has (i) possessed authority and control over the New Dance
Group, as well as direct supervisory responsibility over the New
Dance Group's employees, and (ii) has been aware of, personally
overseen or directed, and approved of the actions complained of
herein.

22.  When first organized in the 1930s, the New Dance
Group served as a vehicle for the dissemination of modern dance
to the public through inexpensive courses in dance technique and

theory, and the creation of a collaborative community environment for dance.  While the organization flourished through the 1950s, a slow period of decline set in until a crisis erupted in the 1980s.  Defendant Schussel joined the Board and arranged for additional Board members to be added, who then elected him President of the Board.  At some point, in approximately the mid-1980s, the New Dance Group effectively ceased operations.  Apparently, it has again commenced operations.

23.  On May 11, 2007, <u>Harmonica Breakdown</u> was publicly performed by the New Dance Group.

24.  Since that time, Defendants have rehearsed works owned by Plaintiffs and threatened to perform publicly <u>Harmonica Breakdown</u> and <u>Time is Money</u> during performances on June 22 and 24, 2007 - which were only cancelled after the most strenuous protests of Plaintiffs, but without any acknowledgement by Defendants of Plaintiffs' ownership.

### COUNT I:  DECLARATION OF OWNERSHIP AND INJUNCTIVE RELIEF

25.  Plaintiffs repeat, reallege and incorporate herein by reference each and every allegation contained in paragraphs 1 through 24 above.

26.  Plaintiffs are the legal owners of certain copyrights in choreography.  Such choreography consists of

original works of authorship fixed in a tangible medium of
expression.

27.    Despite the facts supporting Plaintiffs'
ownership of the works at issue in this case, Defendant Schussel
has asserted that the New Dance Group owns the entirety of the
choreographic works of those dancers who at any time were
associated with the New Dance Group.

28.    Defendant Schussel has refused to seek permission
to rehearse, stage, or perform the works of Ms. Anthony or Ms.
Dudley (as held in trust by Mr. Hurwitz for Nicholas D. Hurwitz,
Anya R. Hurwitz and Mekea H. Fishlin), and others not parties to
this lawsuit, who may have ever been associated with the New
Dance Group.

29.    This brazen course of conduct, including the
public performances Defendants threatened to stage on June 22
and 24, the actual staging of Harmonica Breakdown on May 11,
2007, and assertions by Defendant Schussel, such as his
continued, and incorrect, insistence that he owns at least some
of the works of Plaintiffs, demonstrate the presence of an
actual case and controversy and that any or all of Plaintiffs'
works are at risk of being rehearsed or performed publicly,
without the appropriate license, in violation of the Plaintiffs'
copyrights and 17 U.S.C. § 106(4)-(5).

30.  Accordingly, Plaintiffs are entitled to a declaration of ownership with respect to their respective works, namely: Harmonica Breakdown and Time is Money for Thomas D. Hurwitz as trustee and that are owned by Nicholas R. Hurwitz, Anya R. Hurwitz, and Mekea H. Fishlin; and Lady Macbeth for Mary Anthony. 28 U.S.C. § 2201. Such a determination is necessary and appropriate at this time in order to prevent infringement of Plaintiffs' valuable copyrights.

31.  The massive infringement threatened by Defendants' position on dances choreographed by former part-time teachers at the New Dance Group, including the acknowledged masterpieces of Mses. Anthony and Dudley, unless permanently enjoined by this Court, will cause serious and irreparable harm to the artistic integrity of the works, irreparable devaluation of the work, and serious and irreparable damage to the artistic reputations of Ms. Dudley and Ms. Anthony.

32.  Defendants' conduct has caused and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be fully compensated or measured in money.  The artistic integrity of each work can only be maintained through carefully-supervised training by experts in modern dance.  Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to

injunctive relief prohibiting further infringement of Plaintiffs' copyrights.

33.   Plaintiffs are entitled to their costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

### COUNT II:   COPYRIGHT INFRINGEMENT

34.   Plaintiffs repeat, reallege and incorporate herein by reference each and every allegation contained in paragraphs 1 through 24 above.

35.   Rehearsal and public performance of <u>Harmonica Breakdown</u> by Defendants for the May 11, 2007 performance directly infringed the copyrights for which Thomas D. Hurwitz is trustee by performing the copyrighted work publicly and displaying the copyrighted work publicly.   17 U.S.C. § 106(4)-(5).   The "dedication" of one of Ms. Dudley's signature works, and its performance without adequate training or supervision by those who were specifically trained by Ms. Dudley in this (or any other) dance, did and does serious and irreparable harm to the artistic integrity of the work, irreparably devalues the work, and seriously and irreparably tarnishes the artistic legacy of Ms. Dudley.

36.   Through conduct described above, Defendants are liable for copyright infringement.   Defendants had actual knowledge of the infringement and have acted jointly and severally.

37.  Defendants' infringement has been and is willful, intentional, purposeful, and in disregard of the rights of Mr. Hurwitz.

38.  As a direct and proximate result of Defendants' infringements, Mr. Hurwitz is entitled to the maximum statutory damages under 17 U.S.C. § 504(c), in the amount of $150,000 per work.

39.  Mr. Hurwitz is entitled to his costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendants as follows:

(a)  a declaration that the New Dance Group has no right or entitlement to rehearse or perform, without permission, the following works: Harmonica Breakdown, Time is Money, and Lady Macbeth; and that Harmonica Breakdown and Time is Money are the copyrighted choreography of Jane Dudley for which Thomas D. Hurwitz is trustee and which are owned by Nicholas R. Hurwitz, Anya R. Hurwitz, and Mekea H. Fishlin, and that Lady Macbeth is the copyrighted choreography of Mary Anthony, who is also the owner of the work.

(b)  for a ruling that Defendants have willfully infringed the copyright of Harmonica Breakdown;

(c)    for permanent injunctive relief requiring that Defendants and Defendants' agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, cease infringing, whether directly or indirectly, and cease causing, enabling, facilitating, encouraging, promoting, inducing, contributing to, and participating in the infringement of any of Plaintiffs' respective copyrights;

(d)    for statutory damages pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 per work that has been willfully infringed (including at least Harmonica Breakdown);

(e)    for pre-judgment and post-judgment interest;

(f)    for Plaintiffs' costs and disbursements in this action, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

(g)   for such other and further relief as the Court deems just and proper.

June 28, 2007

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP

by _____
        Katherine B. Forrest
        Teena-Ann V. Sankoorikal
        Members of the Firm

Attorneys for Plaintiffs
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 3 – 067 – 716**

**EFFECTIVE DATE OF REGISTRATION**

6        13        2007
Month     Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Time is Money

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Choreography

## 2

**a**
**NAME OF AUTHOR ▼**

Jane Dudley

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼
1912              2001

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of   United States
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Choreographer of the dance

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1934
Year   in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information
ONLY if this work
has been published.
Month        Day        Year
                               Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Nicholas R. Hurwitz  116 Pinehurst Ave, New York, NY 10033
Anya R. Hurwitz  3045 Godwin Terrace, New York NY 10463
Mekea Hurwitz Fashinn - 76 Park Dr, Mt. Kisco, NY 10549

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By will  The copyrights are held in trust for the claimants (grandchildren of the author) by the author's son, Tom Hurwitz.

**APPLICATION RECEIVED**
JUN 1 3 2007
**ONE DEPOSIT RECEIVED**
JUN 1 3 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY _Kip_ | | FORM FA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Tom Hurwitz, trustee of the Estate of Jane Dudley
116 Pinehurst Ave
New York, NY 10033

**b**

Area code and daytime telephone number ( 212 ) 928-4466        Fax number ( 212 ) 927 7302
Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Tom Hurwitz, trustee, u/a/d March 4, 1992
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Katherine Forrest, attorney for Tom Hurwitz, trustee of the Estate of Jane Dudley,        Date 06/04/2007
Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address | Name ▼ Tom Hurwitz, trustee of the Estate of Jane Dudley | **9** |
| | Number/Street/Apt ▼ 115 Pinehurst Ave | |
| | City/State/Zip ▼ New York, NY 10033 | |

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Form FA—Full Rev 7/6/03 Print 07/2003 — xx,000 Printed on recycled paper        U.S. Government Printing Office 2003-xxx-xxx/60,xxx

Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE
**PAu3-067-715**

EFFECTIVE DATE OF REGISTRATION

| 6 | 13 | 2007 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Harmonica Breakdown

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**
Choreography

## 2

**NAME OF AUTHOR ▼**
Jane Dudley

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1912   Year Died ▼ 2001

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of United States
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Choreographer of the dance

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

c

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
1934

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month   Day   Year   Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Nicholas R. Hurwitz - 116 Pinehurst Ave New York, NY 10033
Anya R. Hurwitz - 3045 Godwin Terrace, New York, NY 10463
Mekea Hurwitz Fuhlin  76 Park Dr. Mt. Kisco, NY 10549

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By will  the copyrights are held in trust for the claimants (grandchildren of the author) by the author's son, Tom Hurwitz.

APPLICATION RECEIVED
JUN 1 3 2007
ONE DEPOSIT RECEIVED
JUN 1 3 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.      Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ___ K.P.

CHECKED BY ___

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a**
**6**
**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**a**
**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼
Tom Hurwitz, trustee of the Estate of Jane Dudley
116 Pinehurst Ave
New York, NY 10033

**b**

Area code and daytime telephone number  ( 212 ) 928-4466          Fax number  ( 212 ) 927 7302
Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tom Hurwitz, trustee  u/a/d March 4  1992
            Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Katherine Forrest, attorney for Tom Hurwitz, trustee of the Estate of Jane Dudley,          Date  06/12/2007

☞        Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Tom Hurwitz, trustee of the Estate of Jane Dudley
Number/Street/Apt ▼
116 Pinehurst Ave
City/State/Zip ▼
New York, NY 10033

**9**

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev. 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu3 – 067 – 717**

EFFECTIVE DATE OF REGISTRATION

6 / 13 / 2007
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Lady Macbeth

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions
Choreography

**2**

**NAME OF AUTHOR ▼**
a  Mary Anthony

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1916   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes  ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ___ United States
OR Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Choreographer of the dance

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ___
OR Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ___
OR Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**

**NOTE** Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided, give the employer (or other person for whom the work was prepared) as Author of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
a  1948  Year in all cases

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b  Month ___ Day ___ Year ___  Nation ___

**4**

**COPYRIGHT CLAIMANT(S)**
Mary Anthony
736 Broadway, 7th Floor / New York NY 10003

**TRANSFER**

APPLICATION RECEIVED
JUN 1 3 2007
ONE DEPOSIT RECEIVED
JUN 1 3 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**

Page 1 of 2 pages

| EXAMINED BY    KSF | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE     Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼       Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / Zip ▼

Mary Anthony
736 Broadway  7th Floor
New York, NY 10003

**b**

Area code and daytime telephone number    ( 212 )  674-8191        Fax number    (   N/A   )

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☑ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive rights(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Katherine Forrest, attorney for Mary Anthony       Date  06/12/2007

☞ Handwritten signature (X) ▼

**9**

| | |
| --- | --- |
| Certificate will be mailed in window envelope to this address | Name ▼ |
| | Mary Anthony |
| | Number/Street/Apt ▼ |
| | 736 Broadway, 7th Floor |
| | City/State/Zip ▼ |
| | New York, NY 10003 |

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full    Rev: 07/2006    Print: 07/2006 — 20,000    Printed on recycled paper       U.S. Government Printing Office: 2006-xxx-xxx/60,xxx