# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

MARY ANTHONY in her individual
capacity and THOMAS D. HURWITZ,
as trustee for the Estate of
Jane Dudley,

      Plaintiffs,

V.

RICK SCHUSSEL, in his personal and
corporate capacities, and THE NEW
DANCE GROUP STUDIO, INC., a/k/a THE
NEW DANCE GROUP ART CENTER,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civil

**07 CIV 6116**

**JUDGE CHIN**

TO: (Name and Address of Defendant)

RICK SCHUSSEL
305 West 38th Street
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

  Katherine B. Forrest, Esq.
  CRAVATH, SWAINE & MOORE LLP
  Worldwide Plaza, 825 Eighth Avenue
  New York, NY 10019
  (212) 474-1000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON           JUN 2 8 2007

CLERK /s/ Marcos Quintero          DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6/29/07 |
| NAME OF SERVER (PRINT) | TITLE |
| Keith S. Kaplan | Law Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 250 Park Ave, New York, NY 10017
Service was accepted by John Sachs, esq.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/2/07

Signature of Server

Address of Server: 225 Eighth Avenue, New York, NY 10017

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.