AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUUHERN _____ DISTRICT OF ___ NEW YORK

MARY ANTHONY in her individual
capacity and THOMAS D. HURWITZ,
as trustee for the Estate of
Jane Dudley,

                              Plaintiffs,

                    V.

RICK SCHUSSEL, in his personal and
corporate capacities, and THE NEW
DANCE GROUP STUDIO, INC., a/k/a THE
NEW DANCE GROUP ART CENTER,

                              Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    07 Civil

**'07 CIV 6116**

**JUDGE CHIN**

TO: (Name and Address of Defendant)

THE NEW DANCE GROUP STUDIO, INC.
305 West 38th Street
New York, NY 10018

## YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Katherine B. Forrest
> CRAVATH, SWAINE & MOORE LLP
> Worldwide Plaza, 825 Eighth Avenue
> New York, NY 10019
> (212) 474-1000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

JUN 2 8 2007

CLERK                                          DATE

_Marcos Quintero_

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/29/07 |
|---|---|
| NAME OF SERVER (PRINT) Keith S. Kaplan | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 250 Park Ave, New York, NY 10017
Service was accepted by John Sachs, esq.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____
_____
_____

[ ] Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____7/2/07____    ____[signature]____
　　　　　　　　　 *Date*　　　　　 *Signature of Server*

____825 Eighth Avenue, New York, NY 10019____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.