UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARY ANTHONY in her individual capacity, ABIGAIL PLATT, as Executrix for the Estate of Sophie Maslow and THOMAS D. HURWITZ, as Trustee of "the Estate of Jane Dudley", <br><br>　　　　　　　　　　　　　　　Plaintiffs, <br><br>　　　　　　-against- <br><br>RICK SCHUSSEL, in his personal and corporate capacities, and THE NEW DANCE GROUP STUDIO, INC., a/k/a THE NEW DANCE GROUP ART CENTER, <br><br>　　　　　　　　　　　　　　　Defendants, | 07 Civ. 6116 (DC) <br><br> ECF CASE <br><br> CERTIFICATE OF SERVICE |

KEITH S. KAPLAN hereby certifies as follows:

I am over the age of 18 years, not a party to this action and reside at 670 Ramapo Road, Teaneck, New Jersey 07666.

On the 17th day of July, 2007, I served the annexed **AMENDED COMPLAINT** upon

**RICK SCHUSSEL**
305 West 38th Street
New York, NY 10018

**THE NEW DANCE GROUP ART CENTER, INC.**
305 West 38th Street
New York, NY 10018

by personally delivering true copies of the same to the above-listed offices.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2007.

_____
Keith S. Kaplan