UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



MARY ANTHONY in her individual capacity, ABIGAIL BLATT, as Executrix for the Estate of Sophie Maslow and THOMAS D. HURWITZ, as Trustee of "the Estate of Jane Dudley",

                     Plaintiffs,

vs.

RICK SCHUSSEL, in his personal and corporate capacities, and THE NEW DANCE GROUP STUDIO, INC., a/k/a THE NEW DANCE GROUP ART CENTER,

                     Defendants.

ECF CASE

07 Civ. 6116 (DC)

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that the time for Defendants to answer or otherwise respond to the Amended Complaint, which was served by Plaintiffs on July 17, 2007, is extended from August 6, 2007, to and including August 31, 2007.

    IT IS FURTHER STIPULATED AND AGREED that in the event Defendants serve counterclaims or move to dismiss on or before August 31, 2007, Plaintiffs shall have to and including September 26, 2007, within which to answer or otherwise respond thereto.

NY:1992234v1

Defendants hereby waive any objection to the sufficiency of the service of the Summons and Complaint or the Amended Complaint. This is first time that Defendants have requested an extension of this deadline.

August 8, 2007

CRAVATH, SWAINE & MOORE LLP

by _____
Katherine B. Forrest
Teena-Ann V. Sankoorikal
Members of the Firm

Attorneys for Plaintiffs
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

EPSTEIN BECKER & GREEN, P.C.

by _____
John R. Sachs, Jr.
Lori A. Jordan

Attorney for Defendants
250 Park Avenue
New York, NY 10177
(212) 351-4500

SO ORDERED:

_____
Denny Chin
United States District Judge