John R. Sachs, Jr. (JS 8613)
Lori A. Jordan (LJ 0853)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants Rick Schussel and
The New Dance Group Studio, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARY ANTHONY in her individual capacity,
ABIGAIL BLATT, as Executrix for the Estate of Sophie
Maslow and THOMAS D. HURWITZ, as Trustee of
"the Estate of Jane Dudley",

                        Plaintiffs,

              - against -

RICK SCHUSSEL, in his personal and corporate
capacities, and THE NEW DANCE GROUP STUDIO,
INC., a/k/a THE NEW DANCE GROUP ART
CENTER,

                        Defendants.

------------------------------------------------------------ x

:  07 CV 6116 (DC)

:  Electronically Filed

:  **RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant The New Dance Group Studio, Inc. (a private non-governmental party) certifies that The New Dance Group Studio, Inc. has no parent company nor any publicly held corporation that owns 10% or more of the stock of The New Dance Group Studio, Inc.

New York, New York
August 31, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
     John R. Sachs, Jr. (JS 8613)
250 Park Avenue
New York, New York 10177-1211
Telephone No.: (212) 351-4500
Facsimile No.: (212) 661-0989
Attorneys for Defendants

NY:2046079v1