John R. Sachs, Jr. (JS 8613)
Lori A. Jordan (LJ 0853)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants
Rick Schussel and
The New Dance Group Studio, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARY ANTHONY in her individual capacity,
ABIGAIL BLATT, as Executrix for the Estate of Sophie
Maslow and THOMAS D. HURWITZ, as Trustee of
"the Estate of Jane Dudley",

       Plaintiffs,

    - against -

RICK SCHUSSEL, in his personal and corporate
capacities, and THE NEW DANCE GROUP STUDIO,
INC., a/k/a THE NEW DANCE GROUP ART
CENTER,

       Defendants.

------------------------------------- x

07 CV 6116 (DC)

Electronically Filed

**JURY DEMAND**

COUNSELORS:

  PLEASE TAKE NOTICE, that the undersigned hereby demands a trial by jury on all issues raised in the Amended Complaint and Counterclaim.

Dated: New York, New York
   October 15, 2007

EPSTEIN BECKER & GREEN, P.C.

By: /s/ _____
  John R. Sachs, Jr. (JS 8613)
  250 Park Avenue
  New York, New York 10177-1211
  (212) 351-4500
  Attorneys for The New Dance Group Studio, Inc.
  and Rick Schussel

NY:2171087v1