```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MARY ANTHONY et al.,                :

                Plaintiffs,         :
                                            ORDER
        - against -                 :
                                            07 Civ. 6116 (DC)
MARK SCHUSSEL and THE NEW DANCE     :
GROUP STUDIO, INC.,
                                    :
                Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/07

**CHIN, D.J.**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  New York, New York
        March 7, 2008

_____
DENNY CHIN
United States District Judge